# United States District Court
## for the
# District of Alaska

**Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Linda Sue Smith      Case Number: 3:99CR00147-002

Sentencing Judicial Officer:    John W. Sedwick, Chief U.S. District Court Judge

Date of Original Sentence:    June 20, 2000

Original Offense:    Conspiracy to Distribute in violation of 18 U.S.C. 846 and Conspiracy to Commit Money Laundering in violation of 18 U.S. C. § 1956 (h)

Original Sentence:    92 months imprisonment on each count to be served concurrently, five years supervised release on each count to be served concurrently, mandatory, standard and special conditions imposed.

Date Supervision Commenced: January 6, 2006

### PETITIONING THE COURT

[X]    To modify the conditions of supervised release as follows:

The defendant shall refrain from unlawful use of controlled substances and shall submit to one drug test within 15 days of release on supervision and at least two periodic drug tests thereafter, not to exceed 12 tests per month, at the direction of the probation officer.

### CAUSE

The above modification is sought in order to continue drug testing in this case in compliance with *U.S. v. Stephens*, No. 04-50170, 2005 WL 2106158 (9th Cir. Sept. 2, 2005).

Case 3:99-cr-00147-JWS    Document 680    Filed 02/09/2006    Page 2 of 3
*Request for Modification of Conditions*
*Linda Sue Smith*
*3:99CR00147-002*

Respectfully submitted,

*[signature]*

Toni M. Ostanik
U.S. Probation/Pretrial Services Officer
Date: January 25, 2006

Approved by:

*[signature]*

Eric D. Odegard
Supervisor U.S. Probation Officer

## THE COURT ORDERS:

[ ]   The Modification of Conditions as Noted Above
[ ]   File a Petition
[ ]   Other:

*[signature]*

The Honorable John W. Sedwick
Chief U.S. District Court Judge
Date: 2-03-06

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF ALASKA

U.S.A. v Linda Sue Smith                                    Docket No.:3:99CR00147-002

    I, Linda SueSmith, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

    The defendant shall refrain from unlawful use of controlled substances and shall submit to one drug test within 15 days of release on supervision and at least two periodic drug tests thereafter, not to exceed 12 tests per month, at the direction of the probation officer.

Signed: *Linda Smith*                                    Date: 1-9-06
Linda Sue Smith
Probationer or Supervised Releasee

Witness: *Toni M. Ostanik*                              Date: 1.9.06
Toni M. Ostanik
U.S. Probation/Pretrial Services Officer